IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

**REGINALD D. BURKE, SR.,**
**Prisoner No. 8L766,**

    **Plaintiff,**

vs.                                    CIVIL ACTION NO. 02-C-0503-DRH

**JANET JOHNSTON, PAMELA S.**
**KNICK, VICKI BENJAMIN, KENNETH**
**R. MORGAN, DOUGLAS GESKE,**
**and JAMES PINT,**

    **Defendants.**

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This action came to hearing before the Court on a motion for summary judgment and a motion to dismiss.

**IT IS ORDERED AND ADJUDGED** that Defendant Geske's motion for summary judgment is **GRANTED** and judgment is entered in favor of Defendant **DOUGLAS GESKE** and against Plaintiff **REGINALD D. BURKE, SR.**

**IT IS FURTHER ORDERED AND ADJUDGED** that the Defendants' motion to dismiss is **GRANTED** based on the *Rooker-Feldman* doctrine. Judgment is entered in favor of Defendants **JANET JOHNSTON, PAMELA S. KNICK, VICKI BENJAMIN, KENNETH R**.

**MORGAN** and **JAMES PINT** and against Plaintiff **REGINALD D. BURKE, SR.**--------------------

                                    **SOFRON B. NEDILSKY, CLERK**

July 29, 2005                    BY:   /s/Patricia Brown
                                                  Deputy Clerk

APPROVED:/s/   David RHerndon     EOD:   07/29/2005
            **U.S. DISTRICT JUDGE**