IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

REGINALD D. BURKE, SR.,

Plaintiff,

v.

JANET JOHNSTON, PAMELA S.
KNICK, VICKI BENJAMIN, KENNETH
R. MORGAN, and JAMES PINT,

Defendants.　　　　　　　　　　　　　　No. 02-C-0503-DRH

## ORDER

**HERNDON, District Judge:**

This matter comes before the Court for case management. It appears from the record that the next step in this litigation is a Final Pretrial Conference. Thus, the Court **SETS** this matter for a telephone Final Pretrial Conference on March 9, 2007 at 11:30 a.m. Defense counsel shall arrange the telephone conference and include both Plaintiff and his attorney. The Court's number is (618) 482-9447. Further, the Court **ORDERS** the parties to file a Pretrial Report pursuant to **CIVIL L.R. 16.3(a)**.

**IT IS SO ORDERED.**

Signed this 2nd day of February, 2007.

　　　　　　　　　　　　　　　　　　　／s／　　　　David　RHerndon
　　　　　　　　　　　　　　　　　　　**United States District Judge**