IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

REGINALD D. BURKE, SR.,

Plaintiff,

v.

JANET JOHNSTON, PAMELA S. KNICK, VICKI BENJAMIN, KENNETH R. MORGAN, and JAMES PINT,

Defendants.   No. 02-C-0503-DRH

## ORDER

**HERNDON, District Judge:**

On May 22, 2007, the parties filed a joint stipulation of dismissal with prejudice (Doc. 95). Pursuant to the stipulation, the Court **DISMISSES with prejudice** this cause of action. The Court **DIRECTS** the Clerk of the Court to enter judgment reflecting the same.

**IT IS SO ORDERED.**

Signed this 23rd day of May, 2007.

/s/      David   RHerndon
**United States District Judge**