IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

**REGINALD D. BURKE, SR.,**

  **Plaintiff,**

  vs.                Cause No. 02-C-503 DRH

**JANET JOHNSTON, PAMELA S. KNICK,**
**VICKI BENJAMIN, KENNETH R. MORGAN,**
**DOUGLAS GESKE, and JAMES PINT.,**

  **Defendants**.

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice**.-----

                    CLERK OF COURT

May 23, 2007              By: s/Patricia Brown
                      Deputy Clerk

APPROVED: /s/ David RHerndon
     **U.S. DISTRICT JUDGE**